UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY CATHERINE CLEARY,

    Plaintiff,

v.                                                                        Case No. 22-cv-13133
                                                                     Hon. Matthew F. Leitman

MOBILE PHYSICIANS NETWORK
OF MICHIGAN, P.C. et al.,

    Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT HEALTHDRIVE CORPORATION'S MOTION TO DISMISS (ECF No. 14) AND GRANTING PARTIES LIMITED DISCOVERY

On October 19, 2023, the Court held a hearing on Defendant HealthDrive Corporation's Motion to Dismiss Plaintiff Mary Catherine Cleary's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 14). For the reasons stated on the record during that hearing, the motion is denied without prejudice.

As further discussed on the record in that hearing, the parties are to pursue limited discovery related to the alleged connection between Defendant Mobile Physicians Network of Michigan, PC and Defendant HealthDrive Corporation.

    **IT IS SO ORDERED.**

                                                     s/Matthew F. Leitman
                                                     MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: October 19, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 19, 2023, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126